**Exhibit A to the Complaint**

**Location:** Old Greenwich, CT  **IP Address:** 69.119.236.26
**Total Works Infringed:** 24  **ISP:** Optimum Online

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 7C627BDADFCB1575B894A71C66ADFFB95C6EFAFE | Blacked Raw | 11/19/2018 19:25:56 | 10/24/2018 | 11/25/2018 | PA0002137640 |
| 2 | 09E4DD5DED8676D79433C09E76F73797D7C23802 | Blacked Raw | 06/16/2018 01:48:20 | 06/11/2018 | 07/09/2018 | PA0002109330 |
| 3 | 0B16315F57F07E173D0600CC87ABFC94AE29EC92 | Tushy | 11/19/2018 19:27:34 | 11/02/2018 | 12/09/2018 | 17210345213 |
| 4 | 1E79012EA790BB16A1AA00268C5E8C5898F28C57 | Vixen | 06/25/2018 17:01:20 | 06/18/2018 | 07/14/2018 | PA0002128072 |
| 5 | 223D4DB0ECFA99B84C7510AF336D48C5494E3DF7 | Blacked | 08/14/2018 05:47:21 | 08/08/2018 | 09/01/2018 | PA0002119598 |
| 6 | 2541261990122381387D2C03CDA34FF74B4EDE3E | Blacked Raw | 10/31/2018 20:40:04 | 10/29/2018 | 12/09/2018 | 17210231093 |
| 7 | 259A2C3790345E1C8DE8609B1D36987D0AA87E7C | Blacked | 10/19/2018 07:00:25 | 10/12/2018 | 10/28/2018 | PA0002130455 |
| 8 | 2C78D52338C6F9590B07235B4399511558B7573F | Tushy | 10/19/2018 06:57:40 | 10/18/2018 | 11/25/2018 | PA0002136724 |
| 9 | 37481DFC44C8C0AD32770301F8AC48683527309B | Tushy | 11/19/2018 19:15:30 | 11/17/2018 | 12/09/2018 | 17210231163 |
| 10 | 44EE8007D31DF8D2883B228679B50BB1595A5667 | Blacked | 07/27/2018 06:20:16 | 07/24/2018 | 09/01/2018 | PA0002119589 |
| 11 | 4D29EE018A8F7EFEB2F05420E4FF71A8A314762A | Blacked | 08/14/2018 05:40:46 | 08/13/2018 | 09/05/2018 | PA0002134995 |
| 12 | 8031B4A7A5CFCECBC796D4772440BFC5016C11AA | Blacked | 06/25/2018 15:54:05 | 06/24/2018 | 07/26/2018 | PA0002112154 |
| 13 | 83B2F9CA22105C972F55D81AEFE628606713A3F4 | Blacked Raw | 08/27/2018 05:33:20 | 08/25/2018 | 10/16/2018 | PA0002127783 |
| 14 | 925885BFE8F48AF61346A5A85F77F00B731F50D3 | Tushy | 09/27/2018 18:44:37 | 09/18/2018 | 10/16/2018 | PA0002127779 |
| 15 | 9FF80B2839A26436102D5F29181B6B608EAAC14F | Blacked | 07/17/2018 07:20:31 | 07/14/2018 | 08/07/2018 | PA0002131895 |
| 16 | A5E505EFBC4DBA0B9AFD15CD2DD8D6285BF834B8 | Blacked Raw | 09/26/2018 20:36:13 | 09/19/2018 | 11/01/2018 | 17093752155 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | A9FF16CDC03C1B6ED730F17446185E2DDDDC0812 | Blacked Raw | 09/11/2018 14:48:06 | 09/09/2018 | 10/16/2018 | PA0002127792 |
| 18 | D72165EC4FA2005CFFC1F7559B1681946B18A3FF | Tushy | 10/15/2018 15:49:22 | 10/13/2018 | 11/01/2018 | 17094105231 |
| 19 | E12C003246B83B76DC861765D6E9B1BC09E79EA4 | Blacked Raw | 10/24/2018 17:39:51 | 10/19/2018 | 11/25/2018 | PA0002136715 |
| 20 | EA3A1459FD63ECD6B26644B90833EB3BD0C7E235 | Vixen | 06/16/2018 02:13:41 | 06/13/2018 | 07/14/2018 | PA0002128389 |
| 21 | EA709577A8FFDC2109C04A9DFA54759ADF8CE9AB | Blacked Raw | 06/08/2018 21:40:38 | 06/06/2018 | 07/14/2018 | PA0002128447 |
| 22 | EE4D29BA667E69950AA31279F7FA846BF696BF9D | Blacked | 08/27/2018 05:59:28 | 08/03/2018 | 09/01/2018 | PA0002119596 |
| 23 | F7479DF34AAC4301BFEEACE6A3872B78BEB7F9B5 | Blacked | 08/07/2018 16:28:24 | 07/29/2018 | 09/05/2018 | PA0002135679 |
| 24 | FDAFB6514A92CABEE331EFE806E06E36AAEE19C5 | Blacked | 06/12/2018 14:42:37 | 06/09/2018 | 07/14/2018 | PA0002130453 |